JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-0293C |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT AGUAS'S MOTION TO CONTINUE TRIAL DATE |
| v. | ) ) | |
| JUAN MANUEL MAYA-ANGEL and AUGUSTINE AGUAS, aka JESUS DE LEON PADILLA, | ) ) ) ) | |
| Defendants. | ) ) | |

The Court, having considered the motion of defendant Aguas for a continuance of the trial date, finds that the ends of justice will be served by ordering a continuance in this case, and that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING DEFENDANT
AGUAS'S MOTION TO CONTINUE TRIAL DATE
(Juan Manuel Maya-Angel and
Augustine Aguas; CR05-0293C) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

In particular, the Court finds that additional time is warranted to allow the parties to participate in a settlement conference, and to complete pending discovery issues and pre-trial motions.

The Court further finds that the period of time from the current trial date of October 3, 2005, until the new trial date of November 14, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

It is therefore ORDERED that trial in this matter is continued until November 14, 2005.

Dated this 27th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Peter J. Avenia, WSBA# 20794
Attorney for Augustine Aguas
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
Peter_Avenia@fd.org

s/ Annette Hayes
Assistant United States Attorney
*By telephone authorization*

ORDER GRANTING DEFENDANT
AGUAS'S MOTION TO CONTINUE TRIAL DATE
(Juan Manuel Maya-Angel and
Augustine Aguas; CR05-0293C) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100